United States District Court
Southern District of Texas
FILED

JAN 16 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL N. HERRERA, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. B-03-019 ) |
| CACTUS DRILLING COMPANY and UNIT CORPORATION, | ) ) ) |
| Defendants | ) ) |

**NOTICE OF REMOVAL**

Defendants Cactus Drilling Company, now merged into Unit Drilling Company ("Cactus") and Unit Corporation ("Unit"), hereby file this Notice of Removal of the above-described action to the United States District Court for the Southern District of Texas, Brownsville Division, from the District Court, 107th Judicial District, Cameron County, Texas ("the State Court") where the action is now pending, as provided in 28 USC, chapter 89 and state:

1.  This cause was commenced in the State Court on December 18, 2002, and a copy of the plaintiff's original petition was first received by Unit on December 23, 2002 and by Cactus on December 31, 2002.

2.  The action is a civil action arising under Texas Commission on Human Rights Act of the Texas Labor Code ("the Act"). As set forth in his petition, Herrera claims that he was denied promotion because of his Native-American status and, upon his filing complaints with federal and state agencies, Cactus

retaliated against him. This Court has jurisdiction by reason of the diversity of citizenship of the parties.

3. The matter in dispute exceeds the sum of seventy-five thousand dollars. Under the Act, plaintiff may recover compensatory damages for future pecuniary losses, emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses in an amount not in excess of $200,000, given the size of defendants. [Labor Code, §21.2585(d)]. In addition, the Act provides, and plaintiff seeks, punitive damages [§21.2585(b)] and attorney's fees. [§21.259]. Thus, the jurisdictional amount requirement has been satisfied. See, Maley v. Design Benefits Plan, Inc., 125 F. Supp.2d 197, 199 (E.D. Tex. 2000).

4. At the time of commencement of this action in the State Court, Cactus [then named CDC Drilling Co.] was an Oklahoma corporation with its principal place of business in Oklahoma. As of December 31, 2002, Cactus has been merged into Unit Drilling Company, which at the time of commencement of the State Court Action and at the time of filing of this Notice, is an Oklahoma corporation, with its principal place of business in Oklahoma. Unit, at the time of commencement of this action in the State Court, and at the time of filing of this Notice, is a Delaware corporation with its principal place of business in Oklahoma.

5. Plaintiff was, at the time of commencement of the action in State Court, and at the time of filing of this Notice, a citizen of the state of Texas.

6. The documents required by this Court's Rule 81 are attached to this Notice.

7. Defendants will give written notice of the filing of this notice as required by 28 USC §1446(d).

8. A copy of this notice will filed with the clerk of the State Court as required by 28 USC §1446(d).

Wherefore, defendants request that this action proceed in this Court as an action properly removed to it.

*Frederic Dorwart*
Frederic Dorwart,
Okla. Bar. Ass'n #2436
124 E. Fourth St., Suite 100
Old City Hall
Tulsa, Oklahoma 74103
(918) 583-9922

Attorney in Charge

Tom M. Kirkendall
State Bar #11517300
S.D. Tex Bar # 02287
65 Hollymead Drive
The Woodlands, Tx.
(281)-364-9946

Associated Counsel
Attorneys for Defendants

## CERTIFICATE OF MAILING

I hereby certify that on this 15th day of January, 2003, a true and correct copy of the foregoing instrument was placed in the United States mail with full and proper postage thereon, and addressed to the following person:

Barry Benton
284 Ebony Avenue
Brownsville, Texas 78520

**INDEX TO THE NOTICE OF REMOVAL**

1. **PROCESS SERVED**

2. **ORIGINAL PETITION**

3. **DOCKET**

4. **LIST OF ATTORNEYS**

**CERTIFIED COPY**

Citation for Personal Service   - BY CERTIFIED MAIL   Lit. Seq. # 5.003.01

No. 2002-12-005058-A

**ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: UNIT CORPORATION
SERVING REGISTERED AGENT
PRENTICE CORPORATION SYSTEMS
800 BRAZOS
AUSTIN, TEXAS 78701

the   DEFENDANT  , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said   PETITION   was filed on DECEMBER 18, 2002 . A copy of same accompanies this citation.

The file number of said suit being No. 2002-12-005058-A.

The style of the case is:

PAUL N. HERRERA
VS.
CACTUS DRILLING COMPANY & UNIT CORPORATION

Said petition was filed in said court by   HON. BARRY R. BENTON
(Attorney for   PLAINTIFF  ), whose address is
284 EBONY AVENUE BROWNSVILLE TX  78520

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 18th day of DECEMBER , A.D. 2002.

U.S. Postal Service

AURORA DE LA GARZA   DISTRICT CLERK

CERTIFIED COPY

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.004.01

No. 2002-12-005058-A

**ORIGINAL**

THE STATE OF TEXAS

   NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CACTUS DRILLING COMPANY
SERVING REGISTERED AGENT
C.T. CORPORATION SYSTEMS
350 W. ST. PAUL STREET
DALLAS, TEXAS 75201

the     DEFENDANT     , GREETING:

   You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said      PETITION      was filed on DECEMBER 18, 2002 . A copy of same accompanies this citation.

The file number of said suit being No. 2002-12-005058-A.

The style of the case is:

PAUL N. HERRERA
VS.
CACTUS DRILLING COMPANY & UNIT CORPORATION

Said petition was filed in said court by      HON. BARRY R. BENTON    
(Attorney for      PLAINTIFF      ), whose address is
284 EBONY AVENUE BROWNSVILLE TX  78520

   The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

   The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

   Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 18th day of DECEMBER , A.D. 2002.

                                           AURORA DE LA GARZA    , DISTRICT CLERK

```
RUN DATE 01/10/03
RUN TIME 2:02 PM

                        * * *   C L E R K ' S   E N T R I E S   * * *

                                        00003101                              (10)
        PAUL N. HERRERA                  HON. BARRY R. BENTON
                                        284 EBONY AVENUE
                   VS                   BROWNSVILLE TX              78520 0000

        CACTUS DRILLING COMPANY & UNIT CORPORATION                            DAMAGES


                                                              12/18/02  ORIGINAL PETITI
                                                              12/18/02  CITATION (CM) :
                                                              12/18/02  SERVED: 12/3
                                                              12/18/02  CITATION (CM) :
                                                              12/18/02  SERVED: 12/2
```

**CERTIFIED COPY**

**CAUSE NO.** 2002-12-5058-A

FILED DEC 18 2002
AURORA DE LA GARZA DIST. CLERK
DISTRICT COURT OF CAMERON COUNTY TEXAS

| | | |
|---|---|---|
| PAUL N. HERRERA | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | 107th JUDICIAL DISTRICT |
| | * | |
| CACTUS DRILLING COMPANY and | * | CAMERON COUNTY, TEXAS |
| UNIT CORPORATION | * | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, PAUL N. HERRERA, Plaintiff, complaining of CACTUS DRILLING COMPANY and UNIT CORPORATION and for cause of action would respectfully show as follows:

1.

Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure this action is intended to be conducted under level 2 of said rule.

2.

Plaintiff is a resident of Cameron County, Texas.

3.

Defendant, Cactus Drilling Company is a corporation organized under the laws of the State of Oklahoma and may be served with process by serving its registered agent, C.T. Corporation System, at its registered address, 350 W. St. Paul Street, Dallas, Texas 75201.

**CERTIFIED COPY**

4.

Defendant, Unit Corporation is a corporation organized under the laws of the State of Delaware and may be served with process by serving its registered agent, Prentice Corporation System, at its registered address, 800 Brazos, Austin, Texas 78701.

5.

This lawsuit is brought pursuant to the Texas Commission on Human Rights Act, article 21.001 *et seq* of the Texas Labor Code, and hereafter called "the act". All conditions precedent to filing this suit have been done within the time and in the manner required by law.

6.

On or about November of 2000, Plaintiff, a Native American, was recruited at his home at Santa Rosa, Cameron County, Texas to work for Cactus Drilling Company as a drilling superintendent. Based on information and belief, the assets of Cactus Drilling Company, hereafter "CDC", were sold to UNIT Corporation.

7.

Plaintiff was initially hired to be a drilling superintendent. However, shortly after he commenced his employment with CDC, Plaintiff requested a promotion to the position of tool pusher. Thereafter, a position opened for a tool pusher but Plaintiff, though qualified, was denied the position. Plaintiff alleges that he was denied the position because he is a Native American in violation of the act.

8.

Plaintiff subsequently filed a complaint with the Equal Employment Opportunity Commission and the Texas Commission on Human Rights. After filing said complaint, CDC, through its employees and agents, retaliated against Plaintiff by denying him the opportunity to perform contract welding for CDC and by intentionally placing Plaintiff at drilling locations far from his home in Santa Rosa, Texas.

9.

Defendants' conduct and omissions were intentional and were done with malice or reckless indifference to Plaintiff's rights under the act.

CERTIFIED COPY

10.

As a result of Defendants' wrongful discrimination, Plaintiff has lost wages in the past and suffered severe, mental anguish.

11.

Wherefore, Plaintiff prays that Defendants be cited to answer and appear and that after final trial by jury that the court order and Plaintiff recover judgment from and against Defendants as follows:

1. Prohibiting Defendant by injunction from engaging in an unlawful employment practice;
2. Award Plaintiff compensatory damages in an amount in excess of the court's minimum jurisdictional amount;
3. Award Plaintiff punitive damages;
4. Award Plaintiff attorney's fees, expenses and costs of court; and,
5. Award Plaintiff other and further relief to which she may be justly entitled.

Respectfully submitted,

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
ATTORNEY-IN-CHARGE FOR
PAUL N. HERRERA, PLAINTIFF

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
DATE _____
BY _____ DEPUTY

# CERTIFIED COPY

PAGE: 01

2002-12-005058-A

\* \* \* C L E R K ' S  E N T R I E S \* \* \*            12   18   02

(10)       DAMAGES

```
00003101
HON. BARRY R. BENTON
284 EBONY AVENUE
BROWNSVILLE TX      78520 0000
```

```
12/18/02  ORIGINAL PETITION FILED
12/18/02  CITATION (CM): CACTUS DRILLING COMPANY       FILED: 01/07/03
12/18/02            SERVED: 12/31/02
12/18/02  CITATION (CM): UNIT CORPORATION              FILED: 12/27/02
12/18/02            SERVED: 12/23/02
```

...RERA

; UNIT CORPORATION



District Court seal — Aurora De La Garza, Clerk, Cameron County, Texas

**EXHIBIT 4**
**ATTORNEYS**

**FOR THE PLAINTIFF**

Barry Benton
284 Ebony Avenue
Brownsville, Texas 78520
telephone: 956-546-9900
fax: 956-546-9997

**FOR THE DEFENDANTS**

Tom M. Kirkendall
65 Hollymead Drive
The Woodlands, Tx.
telephone: 281-364-9946
fax: 281-297-4224

Associated Counsel


Frederic Dorwart,
124 E. Fourth St., Suite 100
Old City Hall
Tulsa, Oklahoma 74103
telephone: 918-583-9922
fax: 918-583-8251

Attorney in Charge