3

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

JAN 16 2003

Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | Not assigned yet. |
|---|---|---|---|

Paul N. Herrera

B-03-019

Cactus Drilling Company and Unit Corporation

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | J. Michael Medina |
|---|---|
| Firm | Frederic Dorwart, Lawyers |
| Street | 124 East Fourth Street, Suite 100 |
| City & Zip Code | Tulsa, Oklahoma  74103 |
| Telephone | (918) 583-9922 |
| Licensed: State & Number | Oklahoma Bar #6113 |
| Admitted U.S. District Court for | Northern District of Oklahoma |

Seeks to appear as the attorney for this party:

Cactus Drilling Company and Unit Corporation

Dated: 1/09/03    Signed: 

### ORDER

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.    _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98