*4*

**UNITED STATES DISTRICT COURT**                **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

JAN 1 6 2003

Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | Not assigned yet. |
|---|---|---|---|
| Paul N. Herrera | | **B-03-019** | |
| | | | |
| Cactus Drilling Company and Unit Corporation | | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**



| | Frederic Dorwart |
|---|---|
| Name | Frederic Dorwart, Lawyers |
| Firm | 124 East Fourth Street, Suite 100 |
| Street | Tulsa, Oklahoma  74103 |
| City & Zip Code | (918) 583-9922 |
| Telephone | Oklahoma Bar #2436 |
| Licensed: State & Number | Northern District of Oklahoma |
| Admitted: U.S. District Court, etc. | |

**Seeks to appear as the attorney for this party:**

| Cactus Drilling Company and Unit Corporation | |
|---|---|
| Dated: *1/09/03* | Signed: *Frederic Dorwart* |

---

### ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.    _____
                                            **United States District Judge**

SDTX (d_prohac.ord)
02/03/98