IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PAUL N. HERRERA, )
 )
    Plaintiff )
 )
v. ) Civil Action No. 0319
 )
CACTUS DRILLING COMPANY and )
UNIT CORPORATION, )
 )
    Defendants )

United States District Court
Southern District of Texas
FILED

JAN 2 2 2003

Michael N. Milby
Clerk of Court

## ANSWER OF DEFENDANTS

Come now defendants and for their answer to the Original Petition, deny each and every allegation contained in said Original Petition, except these specifically admitted in this Answer. In further response, defendants state:

1. The allegations contained in paragraph 1 of the Original Petition are no longer applicable to this action.

2. Defendants admit the allegations contained in paragraph 2 of the Original Petition.

3. Defendants admit the allegations contained in paragraph 3 of the Original Petition.

4. Defendants admit the allegations contained in paragraph 4 of the Original Petition.

5. The allegations contained in paragraph 5 of the Original Petition are legal conclusions which require no response by defendants. Defendants have insufficient information to either

admit or deny at this time that plaintiff has satisfied all the conditions precedent required to initiate this action.

6. Defendants deny the allegations contained in paragraph 6 of the Original Petition.

7. Defendants deny the allegations contained in paragraph 7 of the Original Petition.

8. Defendants deny the allegations contained in paragraph 8 of the Original Petition, except that defendants admit that plaintiff filed complaints with the Equal Employment Opportunity Commission and the Texas Commission on Human Rights.

9. Defendants deny the allegations contained in paragraph 9 of the Original Petition.

10. Defendants deny the allegations contained in paragraph 10 of the Original Petition.

11. Defendants deny the allegations contained in paragraph 11 of the Original Petition.

**DEFENSES**

1. The Original Petition fails to state a claim upon which relief may be granted.

2. Plaintiff voluntarily left employment with Cactus for personal reasons.

3. Defendants did not retaliate against plaintiffs for filing complaints with federal and state agencies.

4.  Plaintiff did not suffer any adverse employment action.

5.  Cactus did not treat plaintiff any differently than any other similarly-situated employees.

_____
Frederic Dorwart,
Okla. Bar. Ass'n #2437
124 E. Fourth St., Suite 100
Old City Hall
Tulsa, Oklahoma 74103
(918) 583-9922

Attorney in Charge

Tom M. Kirkendall
State Bar #11517300
S.D. Tex Bar # 02287
65 Hollymead Drive
The Woodlands, Tx.
(281)-364-9946

Associated Counsel
Attorneys for Defendants

## CERTIFICATE OF MAILING

I hereby certify that on this 21st day of January, 2003, a true and correct copy of the foregoing instrument was placed in the United States mail with full and proper postage thereon, and addressed to the following person:

Barry Benton
284 Ebony Avenue
Brownsville, Texas 78520

_____