4

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED
JAN 1 6 2003
Michael N. Milby
Clerk of Court

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

| Division | Brownsville | Case Number | Not assigned yet. |
|---|---|---|---|
| Paul N. Herrera | | B-03-019 | |
| *versus* | | | |
| Cactus Drilling Company and Unit Corporation | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Frederic Dorwart |
| Firm | Frederic Dorwart, Lawyers |
| Street | 124 East Fourth Street, Suite 100 |
| City & Zip Code | Tulsa, Oklahoma 74103 |
| Telephone | (918) 583-9922 |
| Licensed: State & Number | Oklahoma Bar #2435 |
| Admitted U.S. District Court for: | Northern District of Oklahoma |

United States District Court
Southern District of Texas
ENTERED
JAN 2 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

Cactus Drilling Company and Unit Corporation

Dated: 1/09/03    Signed: Frederic Dorwart

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on January 23, 2003

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98