IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL N. HERRERA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. B-03-019 |
| ) | |
| CACTUS DRILLING COMPANY and ) | |
| UNIT CORPORATION, ) | |
| ) | |
| Defendants ) | |

United States District Court
Southern District of Texas
FILED

JAN 31 2003

Michael N. Milby
Clerk of Court

**CERTIFICATE OF INTERESTED PARTIES**

Come now the defendants, and pursuant to this Court's Order, identifies as entities which may have a financial interest in this litigation the following: Unit Corporation, Unit Petroleum Company, Unit Drilling Company, Kaiser-Francis Oil Company and Cactus Drilling Company, L.L.C. These defendants will amend this certificate should additional parties be added or the facts change so as to bring the certificate up to date.

_____
Frederic Dorwart,
Okla. Bar. Ass'n #2437
124 E. Fourth St., Suite 100
Old City Hall
Tulsa, Oklahoma 74103
(918) 583-9922

Attorney in Charge

J. Michael Medina
OBA #6113
124 E. Fourth St., Suite 100
Old City Hall
Tulsa, Oklahoma 74103
(918) 583-9922

Tom M. Kirkendall
State Bar #11517300
S.D. Tex Bar # 02287
65 Hollymead Drive
The Woodlands, Tx.
(281)-364-9946

Associated Counsel

Attorneys for Defendants

## CERTIFICATE OF MAILING

I hereby certify that on this 30th day of January, 2003, a true and correct copy of the foregoing instrument was placed in the United States mail with full and proper postage thereon, and addressed to the following person:

Barry Benton
284 Ebony Avenue
Brownsville, Texas 78520

_____