9

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

JAN 3 1 2003

Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | B-03-019 |

Paul N. Herrera

*versus*

Cactus Drilling Company and Unit Corporation

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

Paul DeMuro
Frederic Dorwart, Lawyers
124 East Fourth Street, Suite 100
Tulsa, Oklahoma   74103
(918) 583-9922
Oklahoma Bar #17605
Northern District of Oklahoma

Seeks to appear as the attorney for this party:

Cactus Drilling Company and Unit Corporation

Dated: 1/30/03       Signed: _____

**ORDER**

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.
_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98