UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

JAN 3 1 2003

Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | B-03-019 |
|---|---|---|---|

Paul N. Herrera

*versus*

Cactus Drilling Company and Unit Corporation

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:



Paul DeMuro
Frederic Dorwart, Lawyers
124 East Fourth Street, Suite 100
Tulsa, Oklahoma  74103
(918) 583-9922
Oklahoma Bar #17605
Northern District of Oklahoma

Seeks to appear as the attorney for this party:

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

Cactus Drilling Company and Unit Corporation

Dated: 1/30/03     Signed: _____

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on Feby 5, 2003     _____
                            United States District Judge

SDTX (d_prohac.ord)
02/03/98