UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL N. HERRERA | * |
| | * |
| VS. | * CIVIL ACTION NO. B-03-019 |
| | * |
| CACTUS DRILLING COMPANY and | * |
| UNIT CORPORATION | * |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW the Plaintiff, PAUL N. HERRERA, and states that the following entities are or may be interested in the outcome of this action: Paul N. Herrera, Elva Herrera, Unit Corporation, Unit Petroleum Company, Kaiser-Francis Oil Company, Unit Drilling Company and Cactus Drilling Company, L.L.C. Plaintiff will amend this certificate should additional parties be added or facts change so as to bring the certificate up to date.

Respectfully submitted,

_____
Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
Federal I.D. No. 3968
ATTORNEY IN CHARGE FOR
PLAINTIFF, PAUL N. HERRERA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 7th day of February, 2003, a true and correct copy of the foregoing Plaintiff's Certificate of Interested Parties has been forwarded to all counsel of record, to wit:

Mr. Frederic Dorwart
124 E. Fourth St., Suite 100
Old City Hall
Tulsa, Oklahoma 74103

_____
Barry R. Benton