| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED
MAR 1 0 2003
Michael N. Milby
Clerk of Court

| Division | Brownsville | Case Number | B-03-019 |

Paul N. Herrera

*versus*

Cactus Drilling Company and Unit Corporation

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Deirdre O. Dexter |
| Firm | Frederic Dorwart, Lawyers |
| Street | 124 East Fourth Street, Suite 100 |
| City & Zip Code | Tulsa, Oklahoma 74103 |
| Telephone | (918) 583-9922 |
| Licensed: State & Number | Oklahoma Bar #10780 |
| Admitted U.S. District Court for: | Northern District of Oklahoma |

United States District Court
Southern District of Texas
ENTERED
MAR 1 7 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

Cactus Drilling Company and Unit Corporation

Dated: 03/07/2003     Signed: /s/ Deirdre O. Dexter

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on March 13, 2003     /s/ [Judge signature]
United States District Judge

SDTX (d_prohac.ord)
02/03/98