/2

**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

MAR 1 0 2003

Michael N. Milby
Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Brownsville | Case Number | B-03-019 |
|---|---|---|---|

Paul N. Herrera

*versus*

Cactus Drilling Company and Unit Corporation

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| **Name** **Firm** **Street** **City & Zip Code** **Telephone** **Licensed: State & Number** **Admitted U.S. District Court for:** | Deirdre O. Dexter Frederic Dorwart, Lawyers 124 East Fourth Street, Suite 100 Tulsa, Oklahoma 74103 (918) 583-9922 Oklahoma Bar #10780 Northern District of Oklahoma |

United States District Court
Southern District of Texas
ENTERED

MAR 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

/3

Seeks to appear as the attorney for this party:

Cactus Drilling Company and Unit Corporation

| Dated: | 03/07/2003 | Signed: | *Deirdre O Dexter* |
|---|---|---|---|

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on March 13, 2003        _____
                               **United States District Judge**