IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 9 2003

Michael N. Milby
Clerk of Court

PAUL HERRERA,           )
                        )
        Plaintiff,      )
                        )   Civil Case No. B-03-019
v.                      )
                        )
CACTUS DRILLING COMPANY )
and UNIT CORPORATION,   )
                        )
        Defendants.     )

### APPLICATION TO SUBSTITUTE ATTORNEY-IN-CHARGE

Defendants Cactus Drilling Company and Unit Corporation apply to the Court for an Order allowing Deirdre O. Dexter to be substituted as Attorney-In-Charge for Defendants in lieu of Frederic Dorwart. Deirdre O. Dexter was admitted to practice *pro hac vice* by the Court on March 17, 2003.

Dated: April 8, 2003.

_____
Frederic Dorwart
124 East Fourth Street
Old City Hall
Tulsa, Oklahoma 74103
Oklahoma Bar No. 2436
Telephone (918) 583-9922
Facsimile (918) 583-8251

Attorney-In-Charge

_____
Deirdre O. Dexter, OBA #10780
124 East Fourth Street
Old City Hall
Tulsa, Oklahoma 74103
Oklahoma Bar No. 10780
Telephone (918) 583-9922
Facsimile (918) 583-8251

Associated Counsel to be substituted as
Attorney-In-Charge

| | |
|---|---|
| Tom M. Kirkendall | J. Michael Medina |
| 65 Hollymead Drive | 124 East Fourth Street |
| The Woodlands, Texas | Old City Hall |
| Texas Bar No. 11517300 | Tulsa, Oklahoma 74103 |
| S.D. Texas Bar No. 02287 | Oklahoma Bar No. 6113 |
| Telephone (281) 364-9946 | Telephone (918) 583-9922 |
| Facsimile (888) 582-0646 | Facsimile (918) 583-8251 |
| Associated Counsel | Associated Counsel |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the __8__ day of April, 2003, a true and correct copy of the Application to Substitute Attorney-In-Charge was mailed, with proper postage prepaid thereon, to:

>Barry Benton, Esq.
>284 Ebony Avenue
>Brownsville, Texas 78520

_____
Deirdre O. Dexter, by permission of Frederic Dorwart, Attorney-In-Charge