IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL HERRERA, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. B-03-019 |
| CACTUS DRILLING CO. AND UNIT CORP., | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on April 11, 2003, the Court **GRANTED** Defendants' Application To Substitute Attorney-In-Charge [Dkt. No. 14]. Ms. Deirdre O. Dexter is, hereby, substituted as attorney-in-charge.

DONE at Brownsville, Texas, this 11th day of April 2003.

Hilda g. Tagle
United States District Judge