IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL HERRERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. B-03-019 |
| v. ) | |
| ) | |
| CACTUS DRILLING COMPANY ) | |
| and UNIT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### APPLICATION FOR DEIRDRE O. DEXTER, ATTORNEY IN CHARGE FOR DEFENDANTS, TO APPEAR TELEPHONICALLY FOR JUNE 2, 2003, INITIAL PRETRIAL CONFERENCE

Deirdre O. Dexter, Attorney in Charge for Defendants Cactus Drilling Company and Unit Corporation hereby seeks permission to appear telephonically for the Initial Pretrial Conference with is scheduled to be held at 1:30 p.m. on June 2, 2003. The telephone number at which Ms. Dexter may be reached for purposes of appearing telephonically is **(918) 583-9901**.

In support of this Application, Ms. Dexter would show the Court:

1. That Barry Benton, counsel for Plaintiff, has stated that he agrees with this request for Ms. Dexter to appear via telephone.

2. Ms. Dexter was admitted to practice before this Court in connection with this case by Order signed on March 13, 2003, and filed March 17, 2003. Ms. Dexter was not assigned a federal identification in connection with this case and the federal courts in Oklahoma, before which Ms. Dexter practices, do not have federal identification numbers assigned to attorneys.

3. Ms. Dexter was substituted as Attorney in Charge for Defendants by Order filed on April 11, 2003.

4.  There are no pending motions which will need to be heard or decided at the Initial Pretrial Conference.

5.  Ms. Dexter and Mr. Benton will submit a Joint Discovery/Case Management Plan to the Court on or before May 19, 2003, and will present an agreed proposed Scheduling Order to the Court at the Initial Pretrial Conference in accordance with the Court's Civil Procedure rules.

WHEREFORE, Deirdre O. Dexter, Attorney in Charge for Defendants Cactus Drilling Company and Unit Corporation, respectfully requests that she be granted leave appear via telephone for the Initial Pretrial Conference to be held herein on June 2, 2003, at 1:30 p.m.

Respectfully submitted,

*/s/ Deirdre O. Dexter*
Deirdre O. Dexter
Okla. Bar Ass'n #10780
124 East Fourth Street
Old City Hall
Tulsa, Oklahoma 74103
(918) 583-9901 (direct line)
(918) 584-2729 (facsimile)
Attorney in Charge

Tom M. Kirkendall
State Bar #11517300
S.D. Tex Bar # 02287
65 Hollymead Drive
The Woodlands, TX
(281) 364-9946 (telephone)
(888) 582-0646
Associated Counsel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2003, a true and correct copy of the above and foregoing Application for Deirdre O. Dexter, Attorney in Charge for Defendants to Appear Telephonically For June 2, 2003, Initial Pretrial Conference was mailed, with proper postage prepaid thereon, to:

> Barry R. Benton
> 284 Ebony Avenue
> Brownsville, Texas 78520

_____
Deirdre O. Dexter