IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL HERRERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. B-03-019 |
| v. ) | |
| ) | |
| CACTUS DRILLING COMPANY ) | |
| and UNIT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING APPLICATION FOR DEIRDRE O. DEXTER,
ATTORNEY IN CHARGE FOR DEFENDANTS, TO APPEAR
TELEPHONICALLY FOR JUNE 2, 2003, INITIAL PRETRIAL CONFERENCE

BE IT REMEMBERED that on May 6, 2003, the Court **GRANTED** the Application For Deirdre O. Dexter, Attorney in Charge for Defendants, to Appear Telephonically for June 2, 2003, Initial Pretrial Conference. Ms. Dexter is, hereby granted to leave to appear via telephone at the Initial Pretrial Conference scheduled on June 2, 2003, at 1:30 p.m.

DONE at Brownsville, Texas, this 6th day of May, 2003.

Hilda G. Tagle
United States District Judge