19

# Civil Chamber Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | |
| CASE MANAGER | Stella Cavazos | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 02 2003<br>Michael N. Milby, Clerk of Court |
| LAW CLERK | ■ Nicolas   ☐ Levesque | |
| DATE | 06 — 02 — 03 | |
| TIME | a.m.   a.m.<br>1:28 p.m.   1:41 p.m. | |
| CIVIL ACTION | B — 03 — 019 | |
| STYLE | Herrera<br>*versus*<br>Cactus Drilling Co., et al. | |

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing - ■ Chamber Conference Held:

Attorney for Plaintiff:       Barry Benton

Attorney for Defendant:  Deirdre Dexter (via telephone)

■ <u>Comments</u>:

1. Discussed the possibility of mediation. Parties agreed that a mediation deadline and Court ordered mediation would be productive. Referred the parties to Judge Recio as a potential mediator.

2. Discussed scheduling.

3. Scheduling order will be entered.