| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

PAUL HERRERA §

vs. § Civil Action No. B- 03-19

CACTUS DRILLING COMPANY, ET AL §

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __5__ days.   ❑ Bench  ■ Jury

2. New parties must be joined by:   July 7, 2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   September 15, 2003

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   November 14, 2003
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:   December 1, 2003

7. Joint pretrial order is due:   January 22, 2004

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   February 5, 2004

9. Jury Selection is set for 9:00 a.m. on:   February 9, 2004
   *(The case will remain on standby until tried)*

Signed_____June 27_____, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge