IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 25 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL HERRERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. B-03-019 |
| v. ) | |
| ) | |
| CACTUS DRILLING COMPANY ) | |
| and UNIT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S CONTESTED APPLICATION FOR CONTINUANCE OF DISPOSITIVE MOTION DEADLINE

Defendant Cactus Drilling Company respectfully applies to this Court for a 2-day continuance of the dispositive motion deadline currently set in this matter on December 1, 2003. If granted, this would make Defendant's motion for summary judgment due on December 3, 2003, and Plaintiff's response due on December 23, 2003. The requested continuance would only impact Plaintiff's response date by one day, as Plaintiff's original response date would be December 22, 2003. This request relates to the dispositive motion deadline only and will not delay any other deadlines set in this case. In support of this request Defendant would show the Court that the requested continuance is not for purposes of delay, but to provide counsel adequate time over the Thanksgiving holiday to prepare Defendant's Motion for Summary Judgment in this matter.

Counsel for Plaintiff has been contacted and objects to this Application being granted.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests this Court to grant a 2-day continuance of the dispositive motion deadline currently set in this matter.

Respectfully Submitted,

*Deirdre O. Dexter*

Deirdre O. Dexter, Okla. Bar Ass'n #10780
Attorney in Charge
Frederic Dorwart, Okla. Bar Ass'n #2436
J. Michael Medina, Okla. Bar Ass'n #6113
Associated Counsel
124 East Fourth Street
Old City Hall
Tulsa, Oklahoma 74103
(918) 583-9922 (telephone)
(918) 584-2729 (facsimile)

– and –

Tom M. Kirkendall
State Bar #11517300
S.D. Tex Bar # 02287
65 Hollymead Drive
The Woodlands, TX
(281) 364-9946 (telephone)
(888) 582-0646
Associated Counsel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 24, 2003, a true and correct copy of the above and foregoing DEFENDANT'S CONTESTED APPLICATION FOR CONTINUANCE OF DISPOSITIVE MOTION DEADLINE was served via facsimile transmission and mailed, with proper postage prepaid thereon, to:

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
Fax #: (956) 546-9997

*Deirdre O. Dexter*

Deirdre O. Dexter