IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL HERRERA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. B-03-019 |
| CACTUS DRILLING COMPANY and UNIT CORPORATION, | ) |
| Defendants. | ) |

### ORDER GRANTING DEFENDANT'S CONTESTED APPLICATION FOR CONTINUANCE OF DISPOSITIVE MOTION DEADLINE

On this 25th day of November, 2003, came on to be heard Defendant's Contested Application for Continuance of Dispositive Motion Deadline. The Court, having considered Defendant's Application, is of the opinion that the Application should be and is hereby GRANTED.

IT IS ORDERED that Defendant's deadline date to file a dispositive motion is extended two (2) days from December 1, 2003 until December 3, 2003.

DATED: November 25, 2003.

_____
The Honorable Hilda G. Tagle
United States District Judge