United States District Court
Southern District of Texas
FILED

DEC 0 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL HERRERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. B-03-019 |
| v. ) | Judge Tagle |
| ) | |
| CACTUS DRILLING COMPANY ) | |
| and UNIT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' AGREED APPLICATION
### FOR ORDER DIRECTING MEDIATION

Defendants Cactus Drilling Company and Unit Corporation hereby apply to the Court for an Order Directing Mediation of this action. In support of this Application, Defendants would show the Court as follows:

1. During the parties' scheduling conference, the parties agreed that mediation would be beneficial and could potentially resolve the case short of trial.

2. At the time, Plaintiff's counsel desired to conduct certain depositions so that a date for mediation was not specifically set.

3. The parties understood that the Scheduling Order would reflect a date by which the mediation would be completed.

4. When the parties received the Scheduling Order, it did not include any reference to alternative dispute resolution; however, the parties agreed that Plaintiff's counsel would conduct the desired depositions and then mediation would be arranged.

5. The parties continue to believe that mediation could resolve this matter without the need for trial.

6. The Joint Pretrial Order is due from the parties on January 22, 2004.

7. This case is currently scheduled for Final Pretrial Conference and docket call on February 5, 2004.

8. Jury selection and trial are scheduled on February 9, 2004.

9. Counsel for Defendants has contacted Plaintiff's counsel and Plaintiff's counsel agrees that this Application should be granted and a date by which mediation must be conducted be set by the Court.

WHEREFORE, Defendants respectfully request that the Court enter an Order Directing Mediation be held on or before a date to be determined by the Court.

Respectfully submitted,

*/s/ Deirdre O. Dexter*
Deirdre O. Dexter, Okla. Bar Ass'n #10780
Attorney in Charge
Frederic Dorwart, Okla. Bar Ass'n #2436
J. Michael Medina, Okla. Bar Ass'n #6113
Associated Counsel
124 East Fourth Street
Old City Hall
Tulsa, Oklahoma 74103
(918) 583-9922 (telephone)
(918) 584-2729 (facsimile)

– and –

Tom M. Kirkendall
State Bar #11517300
S.D. Tex Bar # 02287
65 Hollymead Drive
The Woodlands, TX
(281) 364-9946 (telephone)
(888) 582-0646
Associated Counsel

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on December 4, 2003, a true and correct copy of the above and foregoing DEFENDANTS' AGREED APPLICATION FOR DIRECTING MEDIATION was served via facsimile transmission and mailed, with proper postage prepaid thereon, to:

    Barry R. Benton
    284 Ebony Avenue
    Brownsville, Texas 78520
    Fax #: (956) 546-9997

*/s/ Deirdre O. Dexter*
Deirdre O. Dexter