IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL HERRERA, | § |
| Plaintiffs, | § |
| v. | § Civil Action No. B-03-019 |
| CACTUS DRILLING CO. AND UNIT CORP., | § |
| Defendants. | § |

## ORDER

BE IT REMEMBERED that on December 12, 2003, the Court **GRANTED** Defendants' Agreed Application For Order Directing Mediation [Dkt. No. 25].

The parties are hereby **ORDERED** to mediate this case on or before January 15, 2004.

DONE at Brownsville, Texas, this 12th day of December 2003.

Hilda G. Tagle
United States District Judge