| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

PAUL HERRERA § 
§ 
versus § CIVIL ACTION NO. B-03-19
§ 
CACTUS DRILLING COMPANY §

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Order Re-Setting Docket Call

1. Docket call and final pretrial conference is reset for <u>February 4, 2004 at 9:30 a.m.</u>

2. Jury selection will remain as scheduled for <u>February 9, 2004 at 9:00 a.m.</u>

Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed  January 16 , 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge