30

United States District Court
Southern District of Texas
FILED

JAN 2 1 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PAUL N. HERRERA         *
                        *
VS.                     *    CIVIL ACTION NO. B-03-019
                        *
CACTUS DRILLING COMPANY and *
UNIT CORPORATION        *

# PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, PAUL N. HERRERA, by and through his attorney of record and moves for an extension of time for parties to file their Joint Pretrial Order and in support thereof would respectfully show as follows:

1.

The Joint Pretrial Order is presently due on Thursday, January 22, 2004. Plaintiff requests that the court allow the parties until Tuesday, January 27, 2004 to file the Joint Pretrial Order.

2.

Plaintiff requests this extension on the grounds that he has been consumed in work since returning to work after the holidays and desires sufficient time to file a thorough and thoughtful and complete Joint Pretrial Order.

3.

Counsel for the Plaintiff has conferred with counsel for the Defendants and she has voiced her concern that she will be unable to review or sign the pretrial order if it is filed on Tuesday, January 27th, stating that she is scheduled to be in trial on Monday and Tuesday (January 26th and 27th). Counsel for Defendants will only agree to an extension to Monday, January 26, 2004.

4.

WHEREFORE, Plaintiff requests that the court extend the deadline for filing the parties' Joint Pretrial Order until Tuesday, January 27, 2004.

Respectfully submitted,

_____
Barry R. Benton
284 Ebony Avenue
Brownsville, TX  78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Federal I.D. No. 3968
ATTORNEY-IN-CHARGE FOR
PLAINTIFF, PAUL N. HERRERA

## CERTIFICATE OF CONFERENCE

I have conferred with the opposing counsel on the foregoing motion and she is partially opposed to the relief sought in this motion.

_____
BARRY R. BENTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 21st day of January, 2004, a true and correct copy of the foregoing Plaintiff's Motion to Extend Deadline to file Joint Pretrial Order has been forwarded via facsimile to counsel of record, to wit:

Ms. Deirdre O. Dexter                    *Via Facsimile (918) 584-2729*
Frederic Dorwart, Lawyers
One City Hall
124 E. Fourth St., Suite 100
Tulsa, Oklahoma 74103

_____
BARRY R. BENTON