UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| PAUL N. HERRERA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-03-019 |
| | * | |
| CACTUS DRILLING COMPANY and | * | |
| UNIT CORPORATION | * | |

# ORDER
(Granting Plaintiff's Motion to Extend Deadline to file Joint Pretrial Order)

ON this day came on for consideration Plaintiff's Motion to Extend Deadline to file the Joint Pretrial Order. IT IS THE ORDER of the court that said motion is GRANTED.

The parties now have until ~~Tuesday~~ Wednesday, January ~~27~~ 28, 2004 to file their Joint Pretrial Order.

DONE AT BROWNSVILLE, this 21 day of January, 2004.

_____
JUDGE PRESIDING

Copies to:
Mr. Barry R. Benton, Via Facsimile (956) 546-9997
Ms. Deirdre O. Dexter, Via Facsimile (918) 584-2729