Case 1:03-cv-00019   Document 34   Filed in TXSD on 02/03/2004   Page 1 of 2

FROM : LAW OFFICE OF BARRY R. BENTON    FAX NO. :9565469997    Feb. 02 2004 05:23PM P2
Sent By: FREDERIC DORWART LAWYERS;    918 5842729;    Feb.2.04 5:00PM;    Page 2/2

FROM : LAW OFFICE OF BARRY R. BENTON    FAX NO. :9565469997    Feb. 02 2004 04:59PM P2

United States District Court
Southern District of Texas
FILED

FEB 0 3 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL N. HERRERA | * |
| | * |
| VS. | * CIVIL ACTION NO. B-03-019 |
| | * |
| CACTUS DRILLING COMPANY and | * |
| UNIT CORPORATION | * |

## ANNOUNCEMENT OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, PAUL N. HERRERA, and Defendants, CACTUS DRILLING CORPORATION and UNIT CORPORATION and hereby announce to the court that all matters in controversy between the parties have been compromised and settled and that within a reasonable time the parties intend to submit to the court a motion and order of dismissal.

Respectfully submitted,

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
Federal I.D. No. 3968
ATTORNEY IN CHARGE FOR,
PAUL N. HERRERA

Respectfully submitted,

Deirdre O. Dexter
124 East Fourth Street
Old City Hall
Tulsa, Oklahoma 74103
Telephone (918) 583-9922
Facsimile (918) 584-2729
Oklahoma Bar No. 10780
ATTORNEY IN CHARGE FOR,
DEFENDANTS

# Barry R. Benton

*Attorney at Law*



284 Ebony Avenue
Brownsville, Texas 78520-8014

(956) 546-9900
Fax (956) 546-9997

## *FACSIMILE TRANSMITTAL SLIP*

DATE: **February 2, 2004**          TELECOPIER NO.: **(956) 574-7416**

PLEASE DELIVER THE FOLLOWING MESSAGE TO:

ATTN:   **Stella**

WITH:   **Hon. Hilda G. Tagle**

RE:     **Herrera v. Cactus Drilling Co. et al**

NO. OF PAGES (INCLUDING COVER SHEET): **2**

IF A COMPLICATION SHOULD ARISE BEFORE, DURING OR AFTER TRANSMISSION, OR IF TRANSMISSION WAS INCOMPLETE OR ILLEGIBLE, PLEASE CALL (956) 546-9900 FOR MANUAL ASSISTANCE OR (956) 546-9997 FOR THE FACSIMILE.

ADDITIONAL NOTES OR DIRECTIONS: _____

OPERATOR: **P. Hernandez**

**X**   A HARD COPY/ORIGINAL WILL BE SENT VIA U.S. MAIL.
_____ A HARD COPY/ORIGINAL WILL NOT BE SENT VIA U.S. MAIL.

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privilege and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message to Barry R. Benton, Attorney at Law.