IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL N. HERRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-019 |
| | § | |
| CACTUS DRILLING CO. and | § | |
| UNIT CORP. | § | |
| | § | |
| Defendants. | § | |

### Final Order of Dismissal

Having been advised by counsel that a settlement has been reached, the Court dismisses this case. The Court, however, retains jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

DONE at Brownsville, Texas, this 11th day of February 2003.

_____
Hilda G. Tagle
United States District Judge