IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL N. HERRERA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. B-03-019 |
| ) | Judge Tagle |
| CACTUS DRILLING COMPANY ) | |
| and UNIT CORPORATION, ) | |
| Defendants. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), F.R.CIV.P., Plaintiff Paul N. Herrera and Defendants Cactus Drilling Company and Unit Corporation hereby stipulate that the parties hereto have entered into a compromise settlement of all claims which have been or which might be asserted in this action and that, pursuant to such settlement, this action is hereby dismissed with prejudice, each party to bear his/its own costs.

Attorney for Plaintiff:

*[signature]*

Barry R. Benton, Attorney-in-Charge Law
Office of Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
(956) 546-9900 (telephone)
(956) 546-9997 (facsimile)

Attorneys for Defendants Cactus Drilling
Company and Unit Corporation:

*[signature]*

Deirdre O. Dexter, Attorney-in-Charge
Oklahoma Bar Association #10780
Frederic Dorwart, Associated Counsel
Oklahoma Bar #2436
J. Michael Medina, Associated Counsel
Oklahoma Bar #6113
124 E. Fourth Street
Tulsa, Oklahoma 74103
(918) 583-9922 (telephone)
(918) 584-2729 (facsimile)

and

Tom M. Kirkendall
State Bar #11517300
S.D. Tex Bar # 02287
65 Hollymead Drive
The Woodlands, TX
(281) 364-9946 (telephone)
(888) 582-0646
Associated Counsel